UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20889-MC-JORDAN

BARRY MUKAMAL, Trustee           )
                                 )
        Plaintiff/Appellee       )
                                 )
vs.                              )
                                 )
KRONOTEX USA HOLDINGS et al.     )
                                 )
        Defendants/Appellants    )
_____)

### ORDER DENYING LEAVE TO APPEAL AND CLOSING CASE

The motion and amended motion of the defendants for leave to appeal the bankruptcy court's interlocutory order denying their motion to dismiss are denied for the reasons which follow.

Interlocutory orders issued by a bankruptcy court are appealable under 28 U.S.C. § 158(a), but only if allowed by the district court in the exercise of its discretion. *See In re F.D.R. Hickory House, Inc.*, 60 F.3d 724, 725 (11th Cir. 1995). The general standard for determining whether to allow leave to appeal is whether the order in question involves a "controlling question of law as to which there exists a substantial ground for difference of opinion," and whether "an immediate appeal may materially advance the ultimate termination of the case." *In re Empresa de Transportes Aero del Peru, S.A.*, 263 B.R. 367, 375 (S.D. Fla. 2001) (citing cases).

The defendants assert that an interlocutory appeal is appropriate because the bankruptcy court incorrectly believed that it could not consider documents attached to the complaint in ruling on the motion to dismiss. The problem for the defendants is that the transcript of the hearing before the bankruptcy court and the bankruptcy court's order do not demonstrate such a misunderstanding by the bankruptcy court. In fact, the bankruptcy court indicated at the hearing that the forthcoming summary judgment motion would *not* be decided on the four corners of the complaint, thereby indicating that the bankruptcy court understood the distinction between a Rule 12(b)(6) motion and a Rule 56 motion.

This case is closed.

Done and ordered in chambers at Miami, Florida, this 25th day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copies to all counsel of record